**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **LAURA YELLIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 1:24-cv-01216-PTG-WBP** |
| ) | |
| **ARLINGTON COUNTY SHERIFF** ) | |
| **JOSE QUIROZ, JR., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' SUPPLEMENTAL RULE 26(a)(3) DISCLOSURES - EXHIBITS

Defendants Arlington County Sheriff Jose Quiroz, Jr., Capt. Broderick Lindsey, Sgt. Markita Edwards, Dep. Ado Bapoma, Dep. (Sgt.) Jimmy Chavez, Dep. Sara Fuller, Dep. (Lt.) Aisha Garcia, Dep. (Lt.) Zenia Grant, Dep. Alan Hill, Dep. Paige Holdridge, Dep. (Sgt.) Sharaya Jordan, Dep. Gieun Kang, Dep. Lucero Luna, Dep. (Sgt.) Shamsaddin Popal, Dep. Tiffany Summers, and Dep. Paulina Vasquez, by counsel and pursuant to Fed. R. Civ. P. 26(a)(3) and the Scheduling Orders entered in this matter, hereby supplement their disclosures as follows:

## EXHIBITS

| EX | DESCRIPTION | DATE | BATES | CONFID? |
|---|---|---|---|---|
| | **EXHIBITS DEFENDANTS EXPECT TO OFFER** | | | |
| 1 | Inmate activity log | July-Aug 2023 | HLF00086-00102 | |
| 2 | Email between Deborah Byrd and Capt. Souder July 28, 2023 | 7/28/23 | HLF14113-14114 | |
| 3 | Email between Deborah Byrd and Capt. Lindsey July 31, 2023 | 7/31/23 | HLF14115 | |
| 4 | Email string Rosenthall, Gyampoh, Graham, Stodtoko, Lindsey | 8/3/23 | HLF14009-14010 | |
| 5 | Records from Arlington County DHS | June-Aug 2023 | HLF10299-10362 HLF10378-10389 | |

1

| | | | | |
|---|---|---|---|---|
| 6 | Records from Mediko medical services | July-Aug 2023 | HLF00128-00186 | |
| 7 | Camera footage from jail booking area | 7/15/23 | HLF00218 | |
| 8 | Inmate Communication Sheet | July-Aug 2023 | HLF00027-00029 | |
| 9 | Booking Card | 7/15/23 | HLF00048-00049 | |
| 10 | Classification / Housing assessment | 7/15/23 | HLF00084-00085 | |
| 11 | Housing history | 7/15/23-8/18/23 | HLF00083 | |
| 12 | Intake screening forms | 7/15/23 | HLF00072-00080 | |
| 13 | Property inventory & property release | 7/15/23 8/18/23 | HLF00066-00071 HLF00081-00082 HLF00104 | |
| 14 | Issued Items | 7/15/23 | HLF00103 | |
| 15 | Orientation List | 7/15/23 | HLF00201-00202 | |
| 16 | Yellin ACDF File –<br><br>Commitment orders<br><br>Orders for continued custody<br><br><br><br><br>Release order & recognizance<br><br>Arrest warrants | <br><br>8/4/23<br>7/15/23<br><br>8/7/23<br>7/24/23<br>7/19/23<br>7/18/23<br>7/17/23<br><br>8/18/23<br><br>8/4/23<br>7/15/23 | HLF00030-00046<br><br>HLF00036-00037<br>HLF00043-00044<br><br>HLF00035<br>HLF00039<br>HLF00040<br>HLF00041<br>HLF00042<br><br>HLF00030-00034<br><br>HLF00038<br>HLF00045-00046 | |
| 16 | Yellin ADA accommodations | 7/15/23 | HLF00197-01198 | |
| 17 | Yellin ADA accommodations updated | 7/15/23 | HLF00206-00207 | |
| 18 | Yellin ADA accommodations updated | 8/2/23 | HLF00199-00200 | |
| 19 | Email string Garcia, Lindsey, others regarding ADA memo 7/15/23 | 7/15/23 | HLF01320-01324 | |
| 20 | Special diet note | 8/4/23 | HLF00425 | |

| 21 | Weekly reviews | 7/25/23 & 8/1/23 | HLF01293-01294 | |
| 22 | Unit logs - Civilian staff in & out | 7/15/23-8/18/23 | HLF00415-00418 HLF00421-00422 | |
| 23 | Unit logs - Volunteer in & out | 7/15/23-8/18/23 | HLF00419-00420 HLF00423-00424 | |
| 24 | Unit logs – DHS Staff in & out | 7/15/23-8/18/23 | HLF00488-00491 HLF00685-00688 HLF00894-00916 HLF00992-00993 HLF00994-00995 HLF00998-00999 | |
| 25 | Emergency & Non-Emergency lockdown & return to normal logs/reports | 7/15/23-8/18/23 | HLF00991-00997 HLF01000-01001 HLF01058 | |
| 26 | Officer Activity Logs / Housing Unit Logs | 7/15/23-8/11/23 8/10/23-8/18/23 | HLF01470-01641 HLF01642-01698 | |
| 27 | Photos of unit and cell | | HLF00926-00985 | Yes |
| 28 | Spreadsheet of VRS / Purple calls | 7/15/23-8/18/23 | HLF00892 | |
| 29 | Video call use | 7/15/23-8/18/23 | HLF00889-00893 | |
| 30 | Call log | 7/15/23-8/18/23 | HLF00880-00885 | |
| 31 | Visitation logs | 7/15/23-8/18/23 | HLF00878-00879 | |
| 32 | Videos - Yellin in television shows "Nine Months" | | LY01832-01836 | |
| 33 | Records from Kaiser Permanente | 9/29/22-10/7/22 8/9/23-9/14/23 | HLF05082-05094 HLF06180-06193 | Yes |
| 34 | Records from Summit Counseling | 2/11/25-9/25/25 | HLF08018-08043 LY00767-00769 | Yes |
| 35 | Records from Janna Martin, Doula | 2023 | HLF08044-08064 | Yes |
| 36 | Videos of Yellin from Arlington Police body cameras | 7/13/23 7/15/23 7/15/23 6/21/23 6/9/23 6/19/23 7/15/23 6/10/23 6/19/23 | HLF08179 HLF08181 HLF08182 HLF08197 HLF08237 HLF08242 HLF08244 HLF08251 HLF08253 | Yes |

| | | 6/10/23 | HLF08257 | |
|---|---|---|---|---|
| 37 | Records from Harper Therapy | 3/18/24 | HLF08443-08476 | Yes |
| 38 | Records from Inspire Behavioral | 2022-2025 | HLF08613-08689 LY 00762 | Yes |
| 39 | Records from VHC | 6/9/23 6/24/23 6/30/23 7/11/23 | HLF09111-09180 HLF09005-09044 HLF08843-08892 HLF08728-08816 | Yes |
| 40 | Records from Woodbridge Psych | March 2024 | HLF10102-10103 HLF10165-10199 | Yes |
| 41 | Records from Inova Cornwall   Discharge summary   Plan of Care   Inpatient safety plan | 9/6/23 8/24/23-9/6/23 8/25/23 | HLF10665-10671 HLF10823-10846 HLF 10854 | Yes |
| 42 | Records from Pavilion at Williamsburg | 6/10/23-6/16/23 | HLF11350-11376 LY00607-624 | Yes |
| 43 | Records from Arlington Public Schools - Application & Resume | 2013 | HLF11409-11424 | |
| 44 | Protective Orders against Yellin | 6/23 & 9/11/23 | HLF13533-13536 LY00522-00529 LY00540-00546 | |
| 45 | Documents from Faraji Rosenthall - Texts with Yellin's mother (additional responsive documents still outstanding from Mr. Rosenthall) | 8/11/25-8/15/25 | HLF14798-14799 | |
| 46 | Documents from Post Partum International | 2025 | HLF14781-14797 | |
| 47 | Records from Alvardo Parkway Institute (not yet received) | | | Yes |
| 48 | Text messages between Patrick Yellin and Cunningham family | June-Jul 2023 | HLF14894-14898 | |
| 49 | Emails from Michael Pearlman to Patrick Yellin with text messages between Laura Yellin and Michael Pearlman | 8/18/23 | HLF14800-14836 | |
| 50 | Court file documents in criminal cases against Yellin | 7/15/23-10/11/23 | HLF13468-13543 | |
| 51 | Report of Dr. Freitas and CV | | As Prod. In Discovery | |
| 52 | Plaintiff's Answers to Interrogatories | 9/15/25 | As Prod. In Discovery | |

| 53 | Plaintiff's Supplemental Answers to Interrogatories | 10/10/25 | As Prod. In Discovery | |
| 54 | Mother's Objections & Answers to Father's First Set of Interrogatories | 11/24/23 | LY01729-01736 | |
| 55 | Defendant's Answers to Plaintiff's Interrogatories | 9/19/25 | LY01737-01748 | |
| 56 | Defendant's Answers to Plaintiff's Interrogatories | 7/15/24 | LY01767-01788 | |
| 57 | Defendant's Supplemental Answers to Plaintiff's Interrogatories | 4/18/25 | LY01789-01814 | |
| 58 | Mother's Responses to Father's Second Set of Interrogatories | 11/1/24 | LY01818-01820 | |
| 59 | Mother's Objections and Answers to Father's First Set of Interrogatories to Mother (Support) | 1/11/24 | LY01822-01831 | |
| 60 | Yellin's ADA's with APS | 6/17/25 & 8/2/24 | HLF11377-11379 | |
| 61 | Reserved for records that may be produced in response to subpoenas which are still outstanding | | | |
| 62 | April Puckett Convictions | | Certified Convictions | |
| 63 | Mary "Toni" Cunningham Convictions (if located) | | | |
| 64 | Arlington County ECC 911 call | | HLF11321 | Yes |
| 65 | Arlington County ECC-911 call | | HLF11338 | Yes |
| 66 | Arlington County ECC-911 call | | HLF11346 | Yes |
| 67 | Arlington County ECC-911 notes | 8/4/23 | HLF11314-11315 | Yes |
| 68 | Arlington County ECC-911 notes | 6/18/23 | HLF11284-11285 | Yes |
| | **EXHIBITS DEFENDANTS MAY OFFER** | | | |
| 69 | Inmate handbook | 2020 | HLF01086-01177 | |
| 70 | Inmate handbook with Yellin's notes | Jul-Aug 2023 | LY00036-00127 | |
| 71 | Grievance restriction | 8/8/23 | HLF00204 | |
| 72 | Outside PREA | 8/7/23 | HLF00694-00698 | |
| 73 | Memo of ADA doing and done | 5/3/16 | HLF01037-01042 | |
| 74 | Records from CVS | | HLF11631-11636 | Yes |

5

| 75 | Records from Acupuncture & Herbal Healing Center | 8/4/25-10/22/25 | HLF11637-11652 | Yes |
|----|----|----|----|----|
| 76 | Audio calls by Yellin from jail | July-Aug 2023 | HLF14772-14780 | |
| 77 | Documents from Patrick Yellin | | HLF14800-14930 | |
| 78 | Yellin's notes / journals while in jail | July-Aug 2023 | LY00128-00174 | |
| 79 | Yellin's petition for protective order against her mother | 7/20/23 | LY00518-00521 | |
| 80 | Inova discharge instructions | 9/6/23 | LY01155-01168 | Yes |
| 81 | VHC discharge instructions | 7/11/23 | LY00648-00652 | Yes |
| 82 | VHC discharge instructions | 6/30/23 | HLF08893-08900 | Yes |
| 83 | VHC discharge instructions | 6/24/23 | HLF09049-09066 | Yes |
| 84 | Williamsburg Pavilion discharge | 6/10/23 | LY00607-00617 | Yes |
| 85 | Yellin's tax returns Federal & Virginia | 2021 | LY00405-00469 | |
| 86 | Yellin's tax returns Federal & Virginia | 2022 | LY01305-01326 | |
| 87 | Yellin's tax returns Federal & Virginia | 2023 | LY01209-01248 | |
| 88 | Yellin's tax returns Federal & Virginia | 2024 | LY01267-01292 | |
| 89 | Yellin's contracts with APS | 2020-2025 | HLF11578-11590 | |
| 90 | News article where Yellin is quoted: Arlington Public School Switches | 7/14/2020 | LY01505-01510 | |
| 91 | News article where Yellin is quoted: This app gives deaf users… | 1/15/2020 | LY01513-01517 | |
| | | | | |
| | | | | |