**Request for Authorization to bring electronic device(s) into the
United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):     Ian Hoffman

Preston Smith

Samantha Smith

Electronic Device(s):     Iphone 14 Pro (Ian H. and Samantha S.)

Samasung Galaxy S21 (Preston S.)

Microsoft Surface Laptop (1 each for IH, PS, and SS)

Purpose and Location Of Use:     To assist in discussions with the court, client, and opposing counsel in settlement conference, including review of pleadings and discovery materials. Courtroom 400

Case No.:     1:24-cv-01216-PTG-WBP

Date(s) Authorized:     Jan. 8, 2026

IT Clearance Waived:     __✓__(Yes)          _____(No)

APPROVED BY:

Date:_January 2, 2026_____          _____

William B. Porter
United States Magistrate Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:          _____     _____
                              IT Staff Member                                          Date(s)

**IT clearance must be completed, unless waived, before court appearance.**