**AFFIDAVIT OF SERVICE**

| Case:<br>1:24-cv-01216 | Court:<br>In The United States District Court for the Eastern District of Virginia | County: | Job:<br>14889682 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>LAURA YELLIN | | **Defendant / Respondent:**<br>ARLINGTON COUNTY SHERIFF JOSE QUIROZ, JR., et al. | |
| **Received by:**<br>Maverick Process Service & Investigations LLC | | **For:**<br>Hudgins Law Firm, P.C. | |
| **To be served upon:**<br>Alternative Solutions Center, Inc. d/b/a Deaf Counseling Center SERVE ON: R/A Janet Delap | | | |

I, Aaron Alberts, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    Janet Delap, Home: 11110 Whisperwood Lane, Rockville, MD 20852

**Manner of Service:**         Personal/Individual, Jan 4, 2026, 9:56 am EST

**Documents:**            Order

**Additional Comments:**
1) Successful Attempt: Jan 4, 2026, 9:56 am EST at Home: 11110 Whisperwood Lane, Rockville, MD 20852 received by Janet Delap. Age: 80; Ethnicity: Caucasian; Gender: Female; Weight: 110; Height: 5'5"; Hair: Gray;
There were three pictures in the description in the file. All three of those ladies were sitting at the kitchen table. They were all deaf , and we used pointing at the name to identify the subject.

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_____          01/04/2026
Aaron Alberts                   **Date**

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center 384
Westminster, MD 21157
877-838-4782
Email: info@mavpi.com