# Exhibit A

| Ex. | Description | Date | Bates | Confid | Objections |
|---|---|---|---|---|---|
| 1 | Inmate activity log | July-Aug 2023 | HLF00086-00102 | | H |
| 2 | Email between Deborah Byrd and Capt. Souder July 28, 2023 | 7/28/23 | HLF14113-14114 | | H, 402/403 |
| 3 | Email between Deborah Byrd and Capt. Lindsey July 31, 2023 | 7/31/23 | HLF14115 | | H, 402/403 |
| 4 | Email string Rosenthall, Gyampoh, Graham, Stodtoko, Lindsey | 8/3/23 | HLF14009-14010 | | H, 402/403 |
| 5 | Records from Arlington County DHS | June-Aug 2023 | HLF10299-10362; HLF10378-10389 | | H, 402/403, 106 |
| 6 | Records from Mediko medical services | July-Aug 2023 | HLF00128-00186 | | H, 402/403, 106 |
| 7 | Camera footage from jail booking area | 7/15/23 | HLF00218 | | no objection |
| 8 | Inmate Communication Sheet | July-Aug 2023 | HLF00027-00029 | | H, 901 |
| 9 | Booking Card | 7/15/23 | HLF00048-00049 | | H, 402/403, 901 |
| 10 | Classification / Housing assessment | 7/15/23 | HLF00084-00085 | | H, 402/403, 901 |
| 11 | Housing history | 7/15/23-8/18/23 | HLF00083 | | H, 402/403, 901 |
| 12 | Intake screening forms | 7/15/23 | HLF00072-00080 | | H, 402/403, 901, improper compilation of documents |
| 13 | Property inventory & property release | 7/15/23 8/18/23 | HLF00066-00071; HLF00081-00082; HLF00104 | | H, 402/403, 901, improper compilation of documents |
| 14 | Issued Items | 7/15/23 | HLF00103 | | H, 402/403, 901 |
| 15 | Orientation List | 7/15/23 | HLF00201-00202 | | H, 402/403, 901 |
| 16 | Yellin ACDF File – Commitment orders, Orders for continued custody, Release order & recognizance, Arrest warrants | 8/4/23 7/15/23 8/7/23 7/24/23 7/19/23 7/18/23 7/17/23 8/18/23 8/4/23 7/15/23 | HLF00030-00046; HLF00036-00037; HLF00043-00044; HLF00035; HLF00039; HLF00040; HLF00041; HLF00042; HLF00030-00034; HLF00038; HLF00045-00046 | | 106, improper compilation of documents |
| 16 | Yellin ADA accommodations | 7/15/23 | HLF00197-01198 | | no objection |
| 17 | Yellin ADA accommodations updated | 7/15/23 | HLF00206-00207 | | no objection |
| 18 | Yellin ADA accommodations updated | 8/2/23 | HLF00199-00200 | | no objection |
| 19 | Email string Garcia, Lindsey, others regarding ADA memo 7/15/23 | 7/15/23 | HLF01320-01324 | | H |
| 20 | Special diet note | 8/4/23 | HLF00425 | | H, 402/403, 901 |
| 21 | Weekly reviews | 7/25/23 & 8/1/23 | HLF01293-01294 | | H, 901, improper compilation of documents |
| 22 | Unit logs - Civilian staff in & out | 7/15/23-8/18/23 | HLF00415-00418; HLF00421-00422 | | H, 402/403, 901 |
| 23 | Unit logs - Volunteer in & out | 7/15/23-8/18/23 | HLF00419-00420; HLF00423-00424 | | H, 402/403, 901 |
| 24 | Unit logs – DHS Staff in & out | 7/15/23-8/18/23 | HLF00488-00491; HLF00685-00688; HLF00894-00916; HLF00992-00993; HLF00994-00995; HLF00998-00999 | | H, 402/403, 901 |
| 25 | Emergency & Non-Emergency lockdown & return to normal logs/reports | 7/15/23-8/18/23 | HLF00991-00997; HLF01000-01001; HLF01058 | | H, 402/403, 901, improper compilation of documents |
| 26 | Officer Activity Logs / Housing Unit Logs | 7/15/23-8/11/23 8/10/23-8/18/23 | HLF01470-01641; HLF01642-01698 | | H, 402/403, 901 |
| 27 | Photos of unit and cell | | HLF00926-00985 | Yes | 403, 901 |

| | | | | | |
|---|---|---|---|---|---|
| 28 | Spreadsheet of VRS / Purple calls | 7/15/23 - 8 /18/23 | H L F 0 0 8 9 2 | | H, 901 |
| 29 | Video call use | 7/15/23-8/18/23 | HLF00889-00893 | | H, 901 |
| 30 | Call log | 7/15/23-8/18/23 | HLF00880-00885 | | H, 901 |
| 31 | Visitation logs | 7/15/23-8/18/23 | HLF00878-00879 | | H, 402/403 |
| 32 | Videos - Yellin in television shows "Nine Months" | | LY01832-01836 | | H, 402/403, 901, 106 |
| 33 | Records from Kaiser Permanente | 9/29/22-10/7/22 8/9/23-9/14/23 | HLF05082-05094; HLF06180-06193 | Yes | H, 402/403, 901, 106 |
| 34 | Records from Summit Counseling | 2/11/25-9/25/25 | HLF08018-08043; LY00767-00769 | Yes | H, 402/403, 901, improper compilation of documents |
| 35 | Records from Janna Martin, Doula | 2023 | HLF08044-08064 | Yes | H, 402/403, 901 |
| 36 | Videos of Yellin from Arlington Police body cameras | 7/13/23 7/15/23 7/15/23 6/21/23 6/9/23 6/19/23 7/15/23 6/10/23 6/19/23 | HLF08179; HLF08181; HLF08182; HLF08197; HLF08237; HLF08242; HLF08244; HLF08251; HLF08253 | Yes | H, 402/403, 901, improper compilation of documents |
| 37 | Records from Harper Therapy | 3/18/24 | HLF08443-08476 | Yes | H, 402/403, 901 |
| 38 | Records from Inspire Behavioral | 2022-2025 | HLF08613-08689; LY 00762 | Yes | H, 402/403, 901, improper compilation of documents |
| 39 | Records from VHC | 6/9/23 6/24/23 6/30/23 7/11/23 | HLF09111-09180; HLF09005-09044; HLF08843-08892; HLF08728-08816 | Yes | H, 402/403, 901, 106 |
| 40 | Records from Woodbridge Psych | March 2024 | HLF10102-10103; HLF10165-10199 | Yes | H, 402/403, 901, improper compilation of documents |
| 41 | Records from Inova Cornwall-- Discharge summary, Plan of Care, Inpatient safety plan | 9/6/23 8/24/23-9/6/23 8/25/23 | HLF10665-10671; HLF10823-10846; HLF 10854 | Yes | H, 402/403, 901, 106, improper compilation of documents |
| 42 | Records from Pavilion at Williamsburg | 6/10/23-6/16/23 | HLF11350-11376; LY00607-624 | Yes | H, 402/403, 901, improper compilation of documents |
| 43 | Records from Arlington Public Schools - Application & Resume | 2013 | HLF11409-11424 | | H, 402/403 |
| 44 | Protective Orders against Yellin | 6/23 & 9/11/23 | HLF13533-13536; LY00522-00529; LY00540-00546 | | 403, improper compilation of documents |
| 45 | Documents from Faraji Rosenthall - Texts with Yellin's mother (additional responsive documents still outstanding from Mr. Rosenthall) | 8/11/25-8/15/25 | HLF14798-14799 | | H, 402/403 |
| 46 | Documents from Post Partum International | 2025 | HLF14781-14797 | | H, 402/403, 901, improper compilation of documents |
| 47 | Records from Alvardo Parkway Institute (not yet received) | | | Yes | Preserve the right to object if produced. |
| 48 | Text messages between Patrick Yellin and Cunningham family | June-Jul 2023 | HLF14894-14898 | | H, 402/403, 901, 1004, 26(e)/37(c)(1) |
| 49 | Emails from Michael Pearlman to Patrick Yellin with text messages between Laura Yellin and Michael Pearlman | 8/18/23 | HLF14800-14836 | | H, 402/403, 901, 1004, 26(e)/37(c)(1), improper compilation of documents |
| 50 | Court file documents in criminal cases against Yellin | 7/15/23- 10/11/23 | HLF13468-13543 | | H, 402/403, 901 |

| 51 | Report of Dr. Freitas and CV | | As Prod. In; Discovery | | H, 402/403, 702, 703, 26(e)/37(c)(1) |
|---|---|---|---|---|---|
| 52 | Plaintiff's Answers to Interrogatories | 9/15/25 | As Prod. In; Discovery | | no objection |
| 53 | Plaintiff's Supplemental Answers to Interrogatories | 10/10/25 | As Prod. In; Discovery | | no objection |
| 54 | Mother's Objections & Answers to Father's First Set of Interrogatories | 11/24/23 | LY01729-01736 | | 402/403 |
| 55 | Defendant's Answers to Plaintiff's Interrogatories | 9/19/25 | LY01737-01748 | | 402/403 |
| 56 | Defendant's Answers to Plaintiff's Interrogatories | 7/15/24 | LY01767-01788 | | 402/403 |
| 57 | Defendant's Supplemental Answers to Plaintiff's Interrogatories | 4/18/25 | LY01789-01814 | | 402/403 |
| 58 | Mother's Responses to Father's Second Set of Interrogatories | 11/1/24 | LY01818-01820 | | 402/403 |
| 59 | Mother's Objections and Answers to Father's First Set of Interrogatories to Mother (Support) | 1/11/24 | LY01822-01831 | | 402/403 |
| 60 | Yellin's ADA's with APS | 6/17/25 & 8/2/24 | HLF11377-11379 | | No objection |
| 61 | Reserved for records that may be produced in response to subpoenas which are still outstanding | | | | Preserve the right to object if produced. |
| 62 | April Puckett Convictions | | Certified; Convictions | | 26(e)/37(c)(1) |
| 63 | Mary "Toni" Cunningham Convictions (if located) | | | | Preserve the right to object if produced, 26(e)/37(c)(1) |
| 64 | Arlington County ECC 911 call | | HLF11321 | Yes | H, 402/403, 901 |
| 65 | Arlington County ECC-911 call | | HLF11338 | Yes | H, 402/403, 901 |
| 66 | Arlington County ECC-911 call | | HLF11346 | Yes | H, 402/403, 901 |
| 67 | Arlington County ECC-911 notes | 8/4/23 | HLF11314-11315 | Yes | H, 402/403, 901 |
| 68 | Arlington County ECC-911 notes | 6/18/23 | HLF11284-11285 | Yes | H, 402/403, 901 |
| 69 | Inmate handbook | 2020 | HLF01086-01177 | | H (depending upon use) |
| 70 | Inmate handbook with Yellin's notes | Jul-Aug 2023 | LY00036-00127 | | H (depending upon use) |
| 71 | Grievance restriction | 8/8/23 | HLF00204 | | H, 402/403 |
| 72 | Outside PREA | 8/7/23 | HLF00694-00698 | | H, 402/403, 901 |
| 73 | Memo of ADA doing and done | 5/3/16 | HLF01037-01042 | | H, 402/403, 901 |
| 74 | Records from CVS | | HLF11631-11636 | Yes | H, 402/403, 901 |
| 75 | Records from Acupuncture & Herbal Healing Center | 8/4/25-10/22/25 | HLF11637-11652 | Yes | H, 402/403, 901 |
| 76 | Audio calls by Yellin from jail | July-Aug 2023 | HLF14772-14780 | | H, 402/403, 901, improper combination of documents |
| 77 | Documents from Patrick Yellin | | HLF14800-14930 | | H, 402/403, 901, 106, 1004, 26(e)/37(c)(1), improper compilation of documents |
| 78 | Yellin's notes / journals while in jail | July-Aug 2023 | LY00128-00174 | | 402/403 |
| 79 | Yellin's petition for protective order against her mother | 7/20/23 | LY00518-00521 | | 402/403 |
| 80 | Inova discharge instructions | 9/6/23 | LY01155-01168 | Yes | H, 402/403, 901 |
| 81 | VHC discharge instructions | 7/11/23 | LY00648-00652 | Yes | H, 402/403, 901 |
| 82 | VHC discharge instructions | 6/30/23 | HLF08893-08900 | Yes | H, 402/403, 901 |
| 83 | VHC discharge instructions | 6/24/23 | HLF09049-09066 | Yes | H, 402/403, 901 |

| 84 | Williamsburg Pavilion discharge | 6/10/23 | LY00607-00617 | Yes | H, 402/403, 901 |
|----|----|----|----|----|----|
| 85 | Yellin's tax returns Federal & Virginia | 2021 | LY00405-00469 | | 402/403 |
| 86 | Yellin's tax returns Federal & Virginia | 2022 | LY01305-01326 | | 402/403 |
| 87 | Yellin's tax returns Federal & Virginia | 2023 | LY01209-01248 | | 402/403 |
| 88 | Yellin's tax returns Federal & Virginia | 2024 | LY01267-01292 | | 402/403 |
| 89 | Yellin's contracts with APS | 2020-2025 | HLF11578-11590 | | 402/403 |
| 90 | News article where Yellin is quoted: Arlington Public School Switches | 7/14/2020 | LY01505-01510 | | H, 402/403, 901 |
| 91 | News article where Yellin is quoted: This app gives deaf users… | 1/15/2020 | LY01513-01517 | | H, 402/403, 901 |