# Exhibit C

| Caitlin Cunningham | |
|---|---|
| 5:8 – 6:10 | 6:15 – 7:8 |
| 7:18 – 8:1 | 8:4 – 6 |
| 8:10 – 10:21 | 11:11 – 12:11 |
| 12:14 – 15:5 | 15:11 – 22 |
| 16:4 – 17:11 | 17:14 – 18:12 |
| 18:15 – 19:16 | 20:4 – 21:19 |
| 22:2 – 18 | 23:1 – 22 |
| 24:3 – 7 | 24:13 – 21 |
| 25:4 – 26:3 | 26:16 – 18 |
| 26:22 – 27:10 | 27:14 – 28:12 |
| 28:21 – 30:13 | 30:19 – 31:3 |
| 31:6 – 32:10 | 33:3 – 9 |
| 33:19 – 34:21 | 35:3 – 36:16 |
| 36:19 – 36:22 | 37:6 – 41:13 |
| 42:9 – 44:6 | 46:9 – 49:19 |
| 49:22 – 51:12 | 52:6 – 52:9 |
| 52:13 – 58:5 | 58:17 – 59:14 |
| 59:18 – 60:22 | 64:17 – 67:14 |

| Jennifer Cunningham | |
|---|---|
| 7:1 – 7 | 8:2 – 4 |
| 8:6 – 12 | 9:1 – 10:19 |
| 11:2 – 6 | 11:11 – 16 |
| 11:21 – 15:14 | 16:9 – 25:1 |
| 25:8 – 11 | 26:7 – 36:21 |
| 37:7 – 53:20 | 54:11 – 73:11 |
| 74:10 – 96:7 | 105:18 – 110:20 |

| John Cunningham | |
|---|---|
| 6:10 – 13 | 6:20 – 7:8 |
| 8:10 – 9:8 | 9:20 – 10:4 |
| 10:9 – 14 | 11:14 - 12:7 |
| 12:12 – 19 | 14:6 – 15:1 |
| 15:14 – 17:9 | 18:2 – 22 |
| 20:9 – 27:20 | 28:13 – 29:10 |
| 31:8 – 13 | 33:7 – 35:2 |
| 35:12 – 42:3 | 42:5 – 45:3 |
| 45:7 – 51:19 | 52:5 – 53:18 |
| 54:3 – 61:17 | 62:6 – 66:2 |
| 71:18 – 72:2 | 72:12 – 20 |

| Toni Cunningham | |
|---|---|
| 7: 21 – 8:19 | 8:22 – 9:1 |
| 9:17 – 9:21 | 10:4 – 11:6 |
| 11:22 – 12:16 | 13:9 – 19:1 |
| 20:7 – 20:17 | 21:17 – 33:19 |
| 34:2 – 5 | 35:7 – 37:19 |
| 38:17 – 43:5 | 43:18 – 64:19 |
| 65:6 – 78:19 | 79:4 – 86:10 |
| 87:3 – 89:22 | 91:2 – 137:22 |