**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| LAURA YELLIN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:24-cv-01216 (PTG/WBP)** |
| | ) | |
| ARLINGTON COUNTY SHERIFF | ) | |
| JOSE QUIROZ, JR., et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION IN LIMINE**

Defendants Arlington County Sheriff Jose Quiroz, Jr., Capt. Broderick Lindsey, Sgt. Markita Edwards, Dep. Ado Bapoma, Sgt. Jimmy Chaves, Dep. Sara Fuller, Lt. Aisha Garcia, Lt. Zenia Grant, Dep. Alan Hill, Dep. Paige Holdridge, Sgt. Sharaya Jordan, Dep. Gieun Kang, Dep. Lucero Luna, Sgt. Shamsaddin Popal, Dep. Tiffany Summers, and Dep. Paulina Vasquez ("Defendants"), by counsel and pursuant to Fed. R. Civ. P. 56, hereby move this Court to exclude evidence and testimony of Dr. Stuart Grassian, Mr. Robert Williams, and Mrs. Sharon Ducheseau from trial as inadmissible under Fed. Rule of Civ. Pro. 702, and the exclusion of any reference to Va. Code Ann. §53.1-39.2(A), (B)(5) as it pertains to rules governing the Virginia Department of Corrections and their management of state penitentiaries and prisons, not local County Sheriffs, who run local jails.  In support of his Motion, defendants respectfully direct the Court's attention to their Memorandum in Support thereof, and the exhibits thereto.

WHEREFORE, defendants respectfully request that this Court grant their Motion in Limine, and enter an order barring the admission of testimony of Dr. Stuart Grassian, Mr. Roger Williams and Mrs. Sharon Dechesaeau at trial in this matter, and preclude reference to Va. Code

1

Ann. §53.1-39.2(A), (B)(5) at trial, and awarding defendants such further relief as this court deems

proper, including attorneys' fees and costs.

> **SHERIFF JOSE QUIROZ, JR., CAPT.
> LINDSEY, SGT. EDWARDS, DEP. BAPOMA,
> SGT. CHAVEZ, DEP. FULLER, LT. GARCIA,
> LT. GRANT, DEP. HILL, DEP. HOLDRIDGE,
> SGT. JORDAN, DEP. KANG, DEP. LUNA,
> SGT. POPAL, DEP. SUMMERS, AND DEP.
> VASQUEZ**
>
> By:   /s/ Debra S. Stafford
>          Counsel

Debra S. Stafford (VSB No. 43175)
James R. Harpold (VSB No. 74967)
HUDGINS LAW FIRM, P.C.
2331 Mill Road, Suite 100
Alexandria, VA 22314
(703) 739-3300 telephone / (703) 739-3700 facsimile
dstafford@hudginslawfirm.com
jharpold@hudginslawfirm.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record as follows:

Ian Hoffman (VSB 75002)
Preston Smith (VSB 96908)
Samantha Smith (pro hac vice)
ARNOLD PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Ian.Hoffman@arnoldporter.com
Preston.smith@arnoldporter.com
Samantha.Smith@arnoldporter.com

Drake Wu Cheng Darrah (pro hac vice)
National Association of the Deaf
8630 Fenton Street, Suite 202

Silver Spring, MD 20910
Drake.darrah@nah.org

/s/ Debra S. Stafford
Counsel